| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:03CR00047SNL |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR06-51 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mary Gemignani<br><br>Wilmington, Delaware 19801<br><br>REDACTED | EASTERN DISTRICT OF MISSOURI | St. Louis |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Stephen N. Limbaugh | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/6/06 — TO 2/5/09 |

OFFENSE

Ct. I-Conspiracy to Possess with the Intent to Distribute Marijuana
Ct. II-Conspiracy to Possess with the Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/21/06
*Date*                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Delaware

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                      United States District Judge