# United States District Court

Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, Missouri 63102

JAMES G. WOODWARD                                                        314-244-7900
  Clerk of Court

June 9, 2006

Clerk of Court
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

RE:    USA V. Mary Gemignani
ED/MO Case Number:  4:03CR00047-SNL

Dear Clerk of Court:

On February 21, 2006,  an order accepting transfer of jurisdiction for the above named defendant
was received in this court.  Enclosed are certified copies of documents from the above styled case
including:

Docket Sheet
Indictment
Judgment in a Criminal Case w/ Conditions of Supervised Release

Please return the enclosed copy of this letter as acknowledgment of the receipt of above. Thank
you for your attention to this matter.

Sincerely,
JAMES G. WOODWARD, CLERK

By:      _____

         Lisa A. Holwitt
         Deputy Clerk

Enclosures

RECEIVED BY: _Fm rcossone_

DATE: _6/16/06_

NEW CASE #: _06CR51-SLR_

| PROB 22 *RECEIVED* **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* |
| | | 4:03CR00047SNL |
| *CF JUN - 9 2006* U.S. DISTRICT COURT EASTERN DISTRICT OF STL LOUIS | | DOCKET NUMBER *(Rec. Court)* |
| | | **CR06-51** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| | EASTERN DISTRICT OF MISSOURI | St. Louis |
| Mary Gemignani | | |
| ▮▮▮▮▮▮ | NAME OF SENTENCING JUDGE | |
| Wilmington, Delaware▮▮▮▮ | The Honorable Stephen N. Limbaugh | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/6/06 | TO 2/5/09 |

OFFENSE

Ct. I-Conspiracy to Possess with the Intent to Distribute Marijuana
Ct. II-Conspiracy to Possess with the Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/21/06_
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5/22/06_
*Effective Date*

_____
*United States District Judge*

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

TERMED

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:03-cr-00047-SNL-ALL
# Internal Use Only

Case title: USA v. Gemignani                    Date Filed: 01/23/2003
Magistrate judge case number: 4:03-mj-03005

Assigned to: Honorable
Stephen N. Limbaugh

## Defendant

**Mary L. Gemignani** (1)            represented by **JoAnn Trog**
*TERMINATED: 07/02/2003*                  MENEES AND WHITNEY
                                          121 W. Adams
                                          St. Louis, MO 63122
                                          314-821-9799
                                          Fax: 314-821-9798
                                          Email: jtrogmwb@aol.com
                                          *TERMINATED: 07/02/2003*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: CJA*
                                          *Appointment*

## Pending Counts                         ## Disposition

21:846=MP.F CONSPIRACY              Deft is hereby committed to
TO POSSESS MARIJUANA               the BOP for a total term of 70
(1)                                months. Upon release, deft
                                   shall be on supervised release
        JAMES G. WOODWARD, CLERK   for a term of 36 months. Deft is
        A TRUE COPY OF THE ORIGINAL ordered to pay a $200 special
        UNITED STATES DISTRICT COURT assessment in full
        EASTERN DISTRICT OF MISSOURI immediately.
        BY: _____
                    DEPUTY CLERK   Deft is hereby committed to
                                   the BOP for a total term of 70

21:846=NP.F CONSPIRACY
TO POSSESS NARCOTICS
(2)

months. Upon release, deft
shall be on supervised release
for a term of 36 months. Deft is
ordered to pay a $200 special
assessment in full
immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

Assigned to: Honorable
Stephen N. Limbaugh

## Defendant

**James E. Gemignani** (2)
*TERMINATED: 07/02/2003*

represented by **Arthur S. Margulis, Sr.**
MARGULIS AND GRANT
11 S. Meramec Avenue
Suite 1330
Clayton, MO 63105
314-721-6677
Fax: 314-721-1710
Email:
artm@mgmlawfirm.com
*TERMINATED: 07/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### St. Louis Fed Public Defender

FEDERAL PUBLIC
DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: julie_mueller@fd.org
*TERMINATED: 01/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender
or Community Defender
Appointment*

### William S. Margulis

MARGULIS AND GRANT
11 S. Meramec Avenue
Suite 1330
Clayton, MO 63105
314-721-6677
Fax: 314-721-1710
Email:
billm@mgmlawfirm.com
*TERMINATED: 07/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846=MP.F CONSPIRACY
TO POSSESS MARIJUANA
(1)

## Disposition

Deft is hereby committed to
the custody of the BOP for a
total term of 70 months. Upon
release, deft shall be on
supervised release for a term of
36 months. Deft is ordered to
pay a $200 special assessment
in full immediately.

21:846=NP.F CONSPIRACY
TO POSSESS NARCOTICS
(2)

Deft is hereby committed to
the custody of the BOP for a
total term of 70 months. Upon
release, deft shall be on
supervised release for a term of
36 months. Deft is ordered to
pay a $200 special assessment
in full immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

**USA**                          represented by **Antoinette Decker**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695
Email:
antoinette.decker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Date** | | |
|----------|--|--|

| Filed | # | Docket Text |
|---|---|---|
| 01/14/2003 | 1 | COMPLAINT against Mary Gemignani, James Gemignani signed by Mag Judge Frederick Buckles [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST Warrant issued for Mary Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST Warrant issued for James Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST of defendant Mary Gemignani on 1/14/03 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 2 | APPEARANCE for plaintiff USA by Attorney Antoinette Decker [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 3 | RULE 5 (w/minutes attached) Record by Mag Judge Frederick Buckles Defendant advised of following: Nature of Offense; Right to be represented by counsel; Right to remain silent; and that defendant's statements can be used against him. Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released. initial appearance of Mary Gemignani ; Attorney(s) not present; , and ; preliminary exam set for 2:00 1/24/03 for Mary Gemignani before Mag Judge Frederick Buckles Given copy complaint Pretrial Services bail rpt rcved on 1/14/03 (Oral) Pretrial Services Officer: Lazier ; $50,000 secured bond set Defendant Location: custody court reporter: J.Jones; proceedings started: 1:57 - ended: 2:06 [ 4:03-m -3005 ] (SET) Modified on 01/16/2003 (Entered: 01/15/2003) |
| 01/14/2003 | 4 | CJA Form 23 (Financial Affidavit) as to Mary Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | | ARREST of defendant James Gemignani on 1/14/03 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 5 | RULE 5 (w/minutes attached) Record by Mag Judge Frederick Buckles Defendant advised of following: Nature of Offense; Right to be represented by counsel; |

| | | |
|---|---|---|
| | | Right to remain silent; and that defendant's statements can be used against him. Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released. initial appearance of James Gemignani ; Attorney(s) not present; , and ; preliminary exam set for 2:00 1/24/03 for James Gemignani before Mag Judge Buckles , and $50,000 secured Bond set for James Gemignani Given copy of complaint Pretrial Services bail rpt rcved on 1/14/03 (oral) Services Officer: Larry Heywood ; Defendant Location: custody court reporter: J.Jones; proceedings started: 2:06 - ended: 2:15 [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 6 | CJA Form 23 (Financial Affidavit) as to James Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/14/2003 | 7 | ORDER as to defendant James Gemignai by Mag Judge Frederick Buckles add attorney FPD for defendant James Gemignani (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 8 | CJA Form 20 Copy 4 (Appointment of Counsel) Appointed Attorney Jo Ann Trog for defendant James Gemignani [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 9 | ORDER as to defendant Mary Gemignani by Mag Judge Frederick Buckles The deft has proffered that certain property is available to be posted as surety for his release in this case. In order that the Court may assess whether the property is sufficient surety to secure the deft's release, counsel for the deft shall submit to the Court a a memo w/copies of attached of the following documents (see order) (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
| 01/15/2003 | 10 | ORDER as to defendant James Gemignani by Mag Judge Frederick Buckles The deft has proffered that certain property is available to be posted as surety for his release in this case. In order that the Court may assess whether the property is sufficient surety to |

| | | secure the deft's release, counsel for the deft shall submit to the Court's memo relating to the property (see order) (cc: all counsel, USPT, USP, USM) [ 4:03-m -3005 ] (SET) (Entered: 01/15/2003) |
|---|---|---|
| 01/15/2003 | 11 | ARREST Warrant returned executed as to Mary Gemignani on 1/15/03 Warrant for arrest of deft on: Complaint [ 4:03-m -3005 ] (SEALED) (Entered: 01/16/2003) |
| 01/15/2003 | 12 | ARREST Warrant returned executed as to James Gemignani on 1/15/03 Warrant for arrest of deft on: Complaint [ 4:03-m -3005 ] (SEALED) (Entered: 01/16/2003) |
| 01/23/2003 | 13 | INDICTMENT (referred to Mag Judge Audrey G. Fleissig ) by USA ; Counts filed against Mary Gemignani (1) count(s) 1, 2, James Gemignani (2) count(s) 1, 2 (LJK) (Entered: 01/23/2003) |
| 01/23/2003 | 14 | APPEARANCE for plaintiff USA by Attorney Antoinette Decker (LJK) (Entered: 01/23/2003) |
| 01/24/2003 | 15 | MINUTES: before Mag Judge Audrey G. Fleissig dft Mary L. Gemignani arraigned; not guilty plea entered; Attorney present; as to defendant Mary Gemigani ; Defendant Location: custody court reporter: cliddy; Tape #: FTR proceedings started: 1:04p - ended: 1:17p (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 16 | MINUTES: before Mag Judge Audrey G. Fleissig dft James E. Gemignani arraigned; not guilty plea entered; Attorney William S. Margulis present; , preliminary exam held on 1/24/03 as to defendant James Gemignani ; Defendant Location: custody court reporter: cliddy; Tape #: FTR proceedings started: 1:04p - ended: 1:17p (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 17 | ORDER PRETRIAL MOTIONS by Mag Judge Audrey G. Fleissig ; motion filing ddl set for 2/10/03 for Mary L. Gemignani ; motion/evidentiary hrg set for 9:00 2/28/03 for Mary L. Gemignani ; jury trial set for 9:30 4/7/03 for Mary L. Gemignani . Each party to file Pretrial disclosure: 1/29/03. Each party to respond to Pretrial disclosure: 2/3/03. as to defendant Mary |

| | | |
|---|---|---|
| | | Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 18 | ORDER PRETRIAL MOTIONS by Mag Judge Audrey G. Fleissig ; for James E. Gemignani ; motion filing ddl set for 2/10/03 for James E. Gemignani ; motion/evidentiary hrg set for 9:00 2/28/03 for James E. Gemignani , ; jury trial set for 9:30 4/7/03 for James E. Gemignani . Each party to file Pretrial disclosure: 1/29/03. Each party to respond to Pretrial disclosure: 2/3/03. as to defendant James Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 19 | APPEARANCE for defendant James E. Gemignani by Attorney Arthur S. Margulis Sr., William S. Margulis (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 20 | MEMORANDUM by plaintiff USA as to defendant Mary and James Gemignani Regarding Bond. (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 21 | DISCLOSURE of Suppressible evidence by plaintiff USA as to defendant Mary and James Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 22 | MOTION for order for determination of defts' statements pursuant to 18:3501 as to defendant: Mary and James Gemignani by USA (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 23 | LETTER from USA to defendants' counsel Re: Request for Discovery. (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 24 | MOTION for order to w/draw FPD as deft has obtained private counsel as to defendant James Gemignani by James E. Gemignani (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 25 | RULED DOCUMENT by Mag Judge Frederick Buckles granting motion for order to w/draw FPD as deft has obtained private counsel as to defendant James Gemignani [24-1] terminating attorney Fed Public Defender for James E. Gemignani (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/27/2003) |
| 01/24/2003 | 27 | MOTION for order as to defendant: Mary Gemignani by USA (CQL) (Entered: 01/28/2003) |
| | | |

| 01/27/2003 | 26 | MINUTES: before Mag Judge Frederick Buckles Prelim exam cancelled as indictment was handed down as to defendant Mary/James Gemignani ; Defendant Location: custody court reporter: jjones; Tape #: FTR proceedings started: 1:54p - ended: 2p (CQL) (Entered: 01/27/2003) |
| 01/27/2003 | 27 | RULED DOCUMENT by Mag Judge Thomas C. Mummert granting motion for order as to defendant: Mary Gemignani [27-1] (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/28/2003) |
| 01/30/2003 | 28 | MINUTES: before Mag Judge Frederick Buckles Bond Hearing; Bond papers executed as to defendant James Gemignanani ; Defendant Location: bond court reporter: jjones; Tape #: FTR proceedings started: 10am - ended: 10:23am (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 29 | MINUTES: Bond Hearing; all papers signed/executed before Mag Judge Frederick Buckles as to defendant Mary Gemignani ; Defendant Location: bond court reporter: jjones; Tape #: FTR proceedings started: 10am - ended: 10:23am (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 30 | BOND Posted ( $50,000 securec) by Mary L. Gemignani (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 31 | ORDER setting conditions of release for Mary L. Gemignani by Mag Judge Frederick Buckles with attached agreement to forfeit property (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 32 | BOND Posted ( $50,000 secured) by James E. Gemignani (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 33 | ORDER setting conditions of release for James E. Gemignani by Mag Judge Frederick Buckles with agreement to forfeit property attached (cc: all counsel, USPT, USP, USM) (CQL) (Entered: 01/30/2003) |
| 01/30/2003 | 34 | ARREST Warrant returned executed as to Mary L. Gemignani on 1/30/03 Warrant for arrest of deft on: Indictment (GLF) (Entered: 02/03/2003) |
| 01/30/2003 | 35 | ARREST Warrant returned executed as to James E. Gemignani on 1/30/03 Warrant for arrest of deft on: |

| | | |
|---|---|---|
| | | Indictment (GLF) (Entered: 02/03/2003) |
| 02/04/2003 | 36 | MOTION to extend time to file pretrial motions by James E. Gemignani (GLF) (Entered: 02/04/2003) |
| 02/05/2003 | 37 | ORDER as to defendant James Gemignani by Mag Judge Audrey G. Fleissig granting motion to extend time to file pretrial motions [36-1] IT IS HEREBY ORDERED that the deadline for deft James Gemignani to file pretrial motions is hereby extended to February 19, 2003. The deadline for the government and for deft Mary Gemignani shall also be extended to February 19, 2003. IT IS FURTHER ORDERED that any responses to pretrial motions shall be filed by Febraury 27, 2003. IT IS FURTHER ORDERED that the hearing on pretrial motions shall remain on Friday, February 28, 2003, at 9:00 a.m. ; motion filing ddl set for 2/19/03 for Mary L. Gemignani, for James E. Gemignani (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/05/2003) |
| 02/19/2003 | 38 | WAIVER OF FILING PRETRIAL MOTIONS by defendant James E. Gemignani (CQL) (Entered: 02/20/2003) |
| 02/27/2003 | 39 | WAIVER OF FILING PRETRIAL MOTIONS by defendant Mary L. Gemignani (MCB) (Entered: 02/27/2003) |
| 02/28/2003 | 40 | MINUTES: before Mag Judge Audrey G. Fleissig Parties present for evidentiary hearing; deft waives hearing; Government withdraws motion #22 and the Court grants motion to withdraw #22 - it is withdrawn as moot; withdrawing motion for order for determination of defts' statements pursuant to 18:3501 as to defendant: Mary and James Gemignani [22-1] ; motion/evidentiary hearing held 2/28/03 as to defendant Mary Gemignani ; Defendant Location: bond court reporter: M. Berg; Tape #: FTR Gold proceedings started: 9:05 - ended: 9:15 (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 41 | MINUTES: before Mag Judge Audrey G. Fleissig Parties present for evidentiary hearing; deft waives hearing; Government withdraws Motion #22; Court grants |

| | | |
|---|---|---|
| | | motion to withdraw #22 - withdrawn as moot ; motion/evidentiary hearing held 2/28/03 as to defendant James Gemignani ; Defendant Location: bond court reporter: M. Berg; Tape #: FTR Gold proceedings started: 9:05 - ended: 9:15 (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 42 | ORDER as to defendant Mary Gemignani by Mag Judge Audrey G. Fleissig Deft Mary L. Gemignani did not file any evidentiary motions, and knowingly waived her right to file any pretrial motions in a written waiver signed by the deft and by counsel. In light of the deft's waiver of motions, the government agreed, in open court, to withdraw its motion under 18 U.S.C. Section 3501 with regard to deft Gemignani, and agreed that no evidentiary hearing would be necessary with regard to this deft. Therefore, the hearing is hereby canceled with regard to deft Gemignani. District Judge ordered notified by copy of this order. (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | 43 | ORDER as to defendant James E. Gemignani by Mag Judge Audrey G. Fleissig Deft James E. Gemignani did not file any evidentiary motions, and knowingly waived his right to file any pretrial motions in a written waiver signed by the deft and by counsel. In light of the deft's waiver of motions, the government agreed, in open court, to withdraw its motion under 18 U.S.C. Section 3501 with regard to deft Gemignani, and agreed that no evidentiary hearing would be necessary with regard to this defendant. Therefore, the hearing is hereby canceled with regard to deft Gemignani. District Judge ordered notified by copy of this order. (cc: all counsel, USPT, USP, USM) (MCB) (Entered: 02/28/2003) |
| 02/28/2003 | | Docket Modification (Utility) terminating case referral (MCB) (Entered: 03/04/2003) |
| 03/19/2003 | 44 | WAIVER OF SPEEDY TRIAL by defendant James E. Gemignani (DJO) (Entered: 03/19/2003) |
| 03/19/2003 | 45 | CONTINUANCE per 18:3161 by Honorable Stephen N. Limbaugh; IT IS HEREBY ORDERED that the provisions of the Speedy Trial Act are hereby WAIVED |

| | | |
|---|---|---|
| | | (cc: all counsel,USPT,USP,USM) (DJO) (Entered: 03/19/2003) |
| 03/19/2003 | | Docket Modification (Utility) (DJO) (Entered: 03/19/2003) |
| 03/27/2003 | 46 | WAIVER OF SPEEDY TRIAL by defendant Mary L. Gemignani (LGK) (Entered: 04/07/2003) |
| 03/28/2003 | 47 | CONTINUANCE per 18:3161 by Honorable Stephen N. Limbaugh ORDERED that the provisions of the Speedy Trial Act are hereby waived. (cc: all counsel,USPT,USP,USM) (LGK) (Entered: 03/31/2003) |
| 04/03/2003 | 48 | ORDER by Honorable Stephen N. Limbaugh ; change of plea hearing set for 11:00 4/15/03 for James E. Gemignani (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 04/03/2003) |
| 04/03/2003 | 49 | ORDER as to defendant Mary Gemignani by Honorable Stephen N. Limbaugh ; change of plea hearing set for 10:00 4/15/03 for Mary L. Gemignani (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 04/03/2003) |
| 04/15/2003 | 50 | MINUTES: before Honorable Stephen N. Limbaugh guilty plea entered by Mary L. Gemignani to Counts I and II ; stipulation of facts filed with with plea agreement. The Court adopts and approves the stipulation of facts and plea agreement. objection to PSR deadline set for 6/12/03 for Mary L. Gemignani, for USA , ; sentencing hearing set for 10:00 7/2/03 for Mary L. Gemignani as to defendant Mary Gemignani ; Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:47 a.m. - ended: 11:00 a.m. (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 51 | STIPULATION OF FACTS RELATIVE TO SENTENCING by Mary L. Gemignani, USA (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 52 | MINUTES: before Honorable Stephen N. Limbaugh guilty plea entered by James E. Gemignani to Counts I and II ; stipulation of facts relative to sentencing filed withplea agreement. The court adopts and approves the |

| | | |
|---|---|---|
| | | stipulation of facts and plea agreement. objection to PSR deadline set for 6/12/03 for James E. Gemignani, for USA , ; sentencing hearing set for 10:00 7/2/03 for James E. Gemignani as to defendant James Gemignani ; Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:47 a.m. - ended: 11:00 a.m. (LGK) (Entered: 04/15/2003) |
| 04/15/2003 | 53 | STIPULATION OF FACTS RELATIVE TO SENTENCING by James E. Gemignani, USA (LGK) (Entered: 04/15/2003) |
| 05/30/2003 | 54 | ACCEPTANCE TO PSR by USA as to deft Mary L. Gemignani (LAH) (Entered: 05/30/2003) |
| 05/30/2003 | 55 | ACCEPTANCE TO PSR by USA as to deft James E. Gemignani (LAH) (Entered: 05/30/2003) |
| 06/05/2003 | 56 | ACCEPTANCE TO PSR by James E. Gemignani (LAH) (Entered: 06/06/2003) |
| 06/19/2003 | 57 | ACCEPTANCE TO PSR by Mary L. Gemignani (LAH) (Entered: 06/19/2003) |
| 07/02/2003 | 58 | MINUTES: before Honorable Stephen N. Limbaugh as to defendant James Gemignani ; Parties present for imposition of sentence. PSR adopted and accepted by the Court. Sentence imposed - see judgment. Deft. granted voluntary surrender. Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:03 a.m. - ended: 10:18 a.m (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 59 | MINUTES: before Honorable Stephen N. Limbaugh as to defendant Mary Gemignani ; Parties present for imposition of sentence. PSR adopted and accepted by Court. Sentence imposed - see judgment. Deft. granted voluntary surrender. Defendant Location: bond court reporter: Lynne Shrum; proceedings started: 10:18 a.m. - ended: 10:31 a.m. (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 60 | PRESENTENCE REPORT w/statement of reasons page attached FILED UNDER SEAL on James E. Gemignani (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 60 | SEALED document by defendant James E. Gemignani |

| | | |
|---|---|---|
| | | [60-1] (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 61 | PRESENTENCE REPORT w/statement of reasons page attached FILED UNDER SEAL on Mary L. Gemignani (LGK) Modified on 07/03/2003 (Entered: 07/03/2003) |
| 07/02/2003 | 61 | SEALED document by defendant Mary L. Gemignani [61-1] (LGK) (Entered: 07/03/2003) |
| 07/02/2003 | 62 | RECEIPT # S2003-008731 in the amount of $ 200.00 for special assessment as to Mary L. Gemignani (KCM) (Entered: 07/03/2003) |
| 07/02/2003 | 63 | RECEIPT # S2003-008730 in the amount of $ 200.00 for special assessment as to James E. Gemignani (KCM) (Entered: 07/03/2003) |
| 07/02/2003 | 64 | JUDGMENT by Honorable Stephen N. Limbaugh as to Mary L. Gemignani sentencing Mary L. Gemignani (1) count(s) 1, 2 . Deft is hereby committed to the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately. , terminating party Mary L. Gemignani (cc: all counsel, USPT, USP, USM) (KXS) (Entered: 07/03/2003) |
| 07/02/2003 | 65 | JUDGMENT by Honorable Stephen N. Limbaugh as to James E. Gemignani sentencing James E. Gemignani (2) count(s) 1, 2 . Deft is hereby committed to the custody of the BOP for a total term of 70 months. Upon release, deft shall be on supervised release for a term of 36 months. Deft is ordered to pay a $200 special assessment in full immediately. , case terminated, (cc: all counsel, USPT, USP, USM) (KXS) (Entered: 07/03/2003) |
| 08/12/2003 | 66 | MOTION for order as to defendant Mary Gemignani by Mary L. Gemignani w/ Exhibit A and Proposed Order (Filed Under Seal)(CMA) Modified on 08/13/2003 (Entered: 08/13/2003) |
| 08/12/2003 | 66 | SEALED document by defendant Mary L. Gemignani [66-1] (CMA) (Entered: 08/13/2003) |
| | | |

| 08/12/2003 | 67 | ORDER as to defendant Mary Gemignani and James Gemignani by Honorable Stephen N. Limbaugh granting motion for order as to defendant Mary Gemignani [66-1] (Filed Under Seal) (Counsel Notified by Fax by Chambers) (cc: all counsel, USPT) (CMA) (Entered: 08/13/2003) |
| --- | --- | --- |
| 08/12/2003 | 67 | SEALED document [67-1] (CMA) (Entered: 08/13/2003) |
| 08/14/2003 |  | CJA Form 20 (Attorney Payment Voucher) paid to JoAnn Trog in the amount of $2,546.16 and recorded on voucher number 030722000123 as to Mary L. Gemignani (CMA) (Entered: 08/26/2003) |
| 08/20/2003 | 68 | MOTION for order as to defendant James Gemignani by James E. Gemignani (FILED UNDER SEAL) (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | SEALED document by defendant James E. Gemignani [68-1] (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | ORDER as to defendant James Gemignani by Honorable Stephen N. Limbaugh granting motion for order as to defendant James Gemignani [68-1] (FILED UNDER SEAL) (cc: all counsel, USPT, USP, USM) (LAH) (Entered: 08/22/2003) |
| 08/20/2003 | 68 | SEALED document [68-1] (LAH) (Entered: 08/22/2003) |
| 09/15/2003 | 69 | MARSHAL'S RETURN of judgment executed on 9/5/03; Deft delivered to: FCI at MRG as to James E. Gemignani (CMA) (Entered: 09/16/2003) |
| 06/10/2004 | ➍70 | MOTION for Order by USA as to defendant Mary L. Gemignani, James E. Gemignani.SEALED AND PLACED IN VAULT (KCM, ) (Entered: 06/10/2004) |
| 06/18/2004 | ➍71 | Letter from SNL to Counsel Re: FILED UNDER SEAL (paper copy forwarded to counsel) (ARL) (Entered: 06/18/2004) |
| 06/25/2004 | ➍72 | ORDER as to Mary L. Gemignani re [70] MOTION filed by USA (FILED UNDER SEAL AND PLACED IN VAULT) (cc: Counsel, Cert. Copies to: USM, BOP, USP). |

| | | |
|---|---|---|
| | | Signed by Judge Stephen N. Limbaugh on 6/25/04. (ARL) (Entered: 06/28/2004) |
| 06/25/2004 | ❍73 | ORDER as to James E. Gemignani re [70] MOTION filed by USA . (FILED UNDER SEAL AND PLACED IN VAULT) (CC: Counsel, Cert. Copies: USM, BOP, USP) Signed by Judge Stephen N. Limbaugh on 6/25/04. (ARL) (Entered: 06/28/2004) |
| 07/15/2004 | ❍74 | Marshal's Return as to James E. Gemignani on 07/15/2004 of Order issued by Judge Stephen N. Limbaugh dated June 25, 2004 [73]; (DJO) (Entered: 07/19/2004) |
| 07/16/2004 | ❍75 | Marshal's Return as to Mary L. Gemignani on 07/16/2004 of Order issued by Judge Stephen N. Limbaugh on 06/25/2004 [72]; (DJO) (Entered: 07/19/2004) |
| 01/04/2006 | ❍76 | Supervised Release Jurisdiction Transferred to District Court of Delaware as to James E. Gemignani Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ARL) (Entered: 01/23/2006) |
| 01/23/2006 | ❍77 | Letter from USDC Ed/Mo to USDC Delaware Re: Supervise Release Transfer of Jurisdiction of Defendant James E. Gemignani (ARL) (Entered: 01/23/2006) |
| 02/03/2006 | ❍78 | Letter from USDC Delaware Re: Case Transfer Acknowledgment (ARL) (Entered: 02/07/2006) |
| 06/09/2006 | ❍79 | Supervised Release Jurisdiction Transferred to District of Delaware as to Mary L. Gemignani Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (LAH, ) (Entered: 06/09/2006) |

AO 245B (Rev. 03/01)
Sheet 1- Judgment in a Criminal Case

**FILED**

# United States District Court

### Eastern District of Missouri

UNITED STATES OF AMERICA

v.

MARY L. GEMIGNANI

THE DEFENDANT:

JUDGMENT IN A CRIMINAL CASE

.JUL 0 2 2003

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

(For Offenses Committed On or After November 1, 1987)

Case Number:  4:03cr00047 SNL

JoAnn Trogg
Defendant's Attorney

☒ pleaded guilty to count(s)  I and II of the two-count indictment on April 15, 2003

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 and 841(a)(1) | Conspiracy to Possess With the Intent to Distribute Marijuana | January, 2003 | I |
| 21 USC 846 and 841(a)(1) | Conspiracy to Possess With the Intent to Distribute Cocaine | January, 2003 | II |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____    dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendants Soc. Sec. No.:  ▮0864

Defendant's Date of Birth:  ▮0

Defendant's USM No.:  29051-044

Defendant's Residence Address:

New Castle, Delaware ▮

Defendant's Mailing Address:

See above

July 2, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

STEPHEN N. LIMBAUGH
SENIOR UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT July 2, 2003
EASTERN DISTRICT OF MISSOURIe
BY:

DEPUTY CLERK

Record No.: 190

DEFENDANT:  MARY L. GEMIGNANI

CASE NUMBER:  4:03cr00047 SNL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  70 MONTHS

This term consists of 70 months on Count I and 70 months on Count II, to be served concurrently

☒  The court makes the following recommendations to the Bureau of Prisons:

IT IS HEREBY RECOMMENDED that the defendant be designated to a facility as close to Delaware as possible, provided it is consistent with the Bureau of Prisons guidelines.
IT IS FURTHER RECOMMENDED that the defendant be placed in an intensive drug and alcohol treatment program.

☐  The defendant is remanded to the custody of the United States Marshal.

☒  The defendant shall surrender to the United States Marshal for this district:

☐    at _____ a.m./pm on _____

☒    as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____

☐    as notified by the United States Marshal

☐    as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 03/01)   Sheet 3 - Supervised Release

Judgment-Page ___3___ of ___6___

DEFENDANT: MARY L. GEMIGNANI

CASE NUMBER: 4:03cr00047 SNL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   36 Months

This term consists of 36 months on Count I and 36 months on Count II, to be served concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:   MARY L. GEMIGNANI

CASE NUMBER:  4:03cr00047 SNL

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse counseling based on a co-payment sliding fee scale approved by the United States Probation Office. Co-payments shall never exceed the total costs of counseling.

3. The defendant shall refrain from the use of alcohol and/or all other intoxicants.

4. The defendant shall participate in a mental health program approved by the United States Probation Office. The defendant shall pay for the costs associated with treatment based on a co-payment sliding fee scale approved by the United States Probation Office. Co-payments shall never exceed the total costs of treatment.

5. The defendant shall submit her person, residence, office, or vehicle to a search, conducted by the United States Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B (Rev. 03/01)   * Sheet 5 - Criminal Monetary Penalt*

Judgment-Page  5  of  6

DEFENDANT:  MARY L. GEMIGNANI

CASE NUMBER:  4:03cr00047 SNL

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $200.00 | | |

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

Totals: _____  _____

☐ If applicable, restitution amount ordered pursuant to plea agreement  _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine and /or   ☐ restitution.

☐ The interest requirement is modified as follows:   ☐ fine and /or   ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 03/01)   Sheet 6 - Criminal Monetary Per

Judgment-Page   6   of   6

DEFENDANT:  MARY L. GEMIGNANI

CASE NUMBER:  4:03cr00047 SNL

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒ Lump sum payment of   $200.00         due immediately, balance due

      ☐ not later than  _____  , or

      ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or

B ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ E below; or

C ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of

    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of

    _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

term of supervision; or

E ☐  Special instructions regarding the payment of criminal monetary penalties:

    Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
    Defendant Name, Case Number, and Joint and Several Amount

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1 ) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution; (6) fine interest.(7) penalties, and (8) costs, including cost of prosecution and court costs

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/03/03 by kspurgeo
                      4:03cr47    USA vs Gemignani

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:      4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.



Antoinette Decker -  48747        Fax: 314-539-7695
 Fed Public Defender -            Fax: 314-421-3177
Arthur Margulis -  7883           Fax: 314-721-1710
William Margulis -  3744          Fax: 314-721-1710
JoAnn Trog -  18905               Fax: 314-821-9798

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JAN 2 3 2003

UNITED STATES OF AMERICA, )
                         )
        Plaintiff,       )
                         )
    v.                   )
                         )
MARY L. GEMIGNANI and    )
JAMES E. GEMIGNANI,      )
                         )
        Defendants.      )

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

No.
**4:03CR00047SNL**

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about between January 1, 2000, and January 13, 2003, in Franklin County, in the Eastern District of Missouri, and elsewhere, the defendants,

**MARY L. GEMIGNANI and
JAMES E. GEMIGNANI,**

did knowingly and intentionally conspire, combine, confederate, and agree, together with each other and with others both known and unknown, to commit the following offense against the United States: to knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The amount of marijuana involved in the offense is in excess of 100 kilograms of a mixture or substance containing marijuana, thereby making this offense punishable under Title 21, United States Code, Section 841(b)(1)(B).

JAMES G. WOODWARD, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
                        DEPUTY CLERK

## COUNT II

The Grand Jury charges that:

On or about between January 1, 2000, and January 13, 2003, in Franklin County, in the Eastern District of Missouri, and elsewhere, the defendants,

### MARY L. GEMIGNANI and
### JAMES E. GEMIGNANI,

did knowingly and intentionally conspire, combine, confederate, and agree, together with each other and with others both known and unknown, to commit the following offense against the United States: to knowingly and intentionally possess with the intent to distribute a controlled substance, to wit:  cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The amount of cocaine involved in the offense is in excess of 5 kilograms of a mixture or substance containing cocaine, thereby making this offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL.

FOREPERSON

RAYMOND W. GRUENDER
United States Attorney

ANTOINETTE DECKER #48747
Assistant United States Attorney

2